THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:21-cv-00040-MR

| | |
|---|---|
| **MICHAEL DAVID MATNEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF REMAND** |
| ) | |
| **KILOLO KIJAKAZI, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reversal and Remand. [Doc. 14].

Sentence four of 42 U.S.C. § 405(g) provides, in pertinent part, that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Defendant here has moved for reversal of the decision below and for a remand of this case for further administrative proceedings. The Plaintiff consents to the Defendant's Motion. [Id.]. For the reasons stated in the Defendant's motion, and in light of the Plaintiff's consent, the

Court finds that remand is appropriate. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reversal and Remand [Doc. 14] is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is hereby **REVERSED**, and this case is hereby **REMANDED** for further administrative proceedings, consistent with this Order.

The Clerk of Court shall enter a separate Judgment of Remand simultaneously herewith, thereby closing the case.

**IT IS SO ORDERED.**

Signed: January 5, 2022

Martin Reidinger
Chief United States District Judge

2

Case 5:21-cv-00040-MR   Document 15   Filed 01/05/22   Page 2 of 2